1  NATIONAL LAWYERS GUILD

2  RACHEL LEDERMAN, SBN 130192
   Rachel Lederman & Alexsis C. Beach,
3  Attorneys at Law
   558 Capp Street
4  San Francisco, CA 94110
   (415) 282-9300; fax (415) 285-5066
5  rlederman@2momslaw.com

6  CAROL SOBEL, SBN 84483
   429 Santa Monica Blvd #550
7  Santa Monica, CA 90401-3439
   (310) 393-3055; fax 310 451-3858
8  carolsobel@aol.com

9  BOBBIE STEIN, SBN 113239
   503 Dolores Street, #201
10 San Francisco, CA  94110-1564
   (415) 255-0301; fax (510) 601-5780
11 bstein8692@aol.com

12 Attorneys for plaintiffs SPALDING ET AL.
   (additional counsel on next page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SPALDING, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OAKLAND, et al. <br><br> Defendants. | No. C11-02867 TEH <br><br> **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> **Date: March 26, 2012** <br> **Time: 10 a.m.** <br> **Courtroom 12, 19th Fl.** |

*PLFS' MOT. FOR CLASS CERTIFICATION*
*CASE NO. C11-02867 TEH*

```
1  R. MICHAEL FLYNN SBN 258732
   Flynn Law Office
2  170 Columbus Street, Ste 300
   San Francisco, CA 94133
3  (415) 989-8000 x 24; fax (415) 989-8028
   rmflynnlaw@gmail.com
4
   MARA VERHEYDEN-HILLIARD, D.C. Bar No. 450031
5  CARL MESSINEO, D.C. Bar No. 450033
   PARTNERSHIP FOR CIVIL JUSTICE FUND
6  617 Florida Avenue, NW
   Washington, DC 20016
7  (202) 232-1180; fax (202) 747-7477
   mvh@justiceonline.org
8  [Application for Admission Pro Hac Vice pending]
```

Attorneys for plaintiffs SPALDING ET AL.

Pursuant to Rule 23(a) and (b) of the Federal Rules of Civil Procedure, Plaintiffs move that the Court certify this case to proceed as a class action, and, pursuant to Rule 3(g), that plaintiffs' counsel be appointed class counsel.

This matter has been scheduled to be heard on March 26, 2012, at 10 a.m. Defendants have indicated they will oppose class certification.

The class is defined as follows: *The approximately 150 people who were arrested in the November 5, 2010, mass arrest on 6th Avenue between East 17th and 18th Streets in Oakland, and who were never charged with any crime related to this arrest.*

Plaintiffs base this Motion upon the accompanying Memorandum, Declarations and Exhibits in Support of this Motion for Class Certification, and on the Complaint and other papers on file in this action.

Dated: January 26, 2012          Respectfully submitted,


                                 /s/
                                 By: RACHEL LEDERMAN
                                 Attorneys for plaintiffs


*PLFS' MOT. FOR CLASS CERTIFICATION*
*CASE NO. C11-02867 TEH*
2