UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

DANIEL SPALDING, et al.,

             Plaintiffs,

  v.

CITY OF OAKLAND, et al.,

             Defendants.
_____/

No. C 11-02867 TEH (LB)

**ORDER DIRECTING RESPONSE FROM PLAINTIFFS RE: DEFENDANTS' REQUESTS TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE**

    A settlement conference before the undersigned is set for April 10, 2012. Notice, ECF No. 28. On March 27, 2012, Defendant Gregory Ahearn requested that he be allowed to appear at the settlement conference via telephone. Ahern Request, ECF No. 42. On March 29, 2012, Defendant Anthony Batts made a similar request. Batts Request, ECF No. 44. Given that the settlement conference date is fast approaching, the court instructs Plaintiffs to file either oppositions or statements of non-opposition to Mr. Ahearn's and Mr. Batts's requests no later than 5:00 p.m. on Monday, April 2, 2012. After receiving the documents, the court will rule on Mr. Ahearn's and Mr. Batts's requests.

**IT IS SO ORDERED.**

Dated: March 29, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-02867 THE (LB)