1  NATIONAL LAWYERS GUILD

2  RACHEL LEDERMAN, SBN 130192
   Rachel Lederman & Alexsis C. Beach,
3  Attorneys at Law
   558 Capp Street
4  San Francisco, CA 94110
   (415) 282-9300; fax (415) 285-5066
5  rlederman@2momslaw.com

6  CAROL SOBEL, SBN 84483
   429 Santa Monica Blvd #550
7  Santa Monica, CA 90401-3439
   (310) 393-3055; fax 310 451-3858
8  carolsobel@aol.com

9  BOBBIE STEIN SBN 113239
   503 Dolores Street, #201
10 San Francisco, CA  94110-1564
   (415) 255-0301; fax (510) 601-5780
11 bstein8692@aol.com

12 Attorneys for plaintiffs SPALDING ET AL.
   (additional counsel on next page)

                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

| DANIEL SPALDING, et al., | No. C11-02867 TEH (LB) |
|---|---|
| Plaintiffs, | ORDER re: **REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE** ~~AND CASE MANAGEMENT CONFERENCE~~ |
| vs. | |
| CITY OF OAKLAND, et al. | Settlement Conference currently set for: **April 10, 2012, 10:30 a.m.** |
| Defendants. | Case Management Conference currently set for: **May 7, 2012, 1:30 p.m.** |

*REQU. RESCHEDULE SETTL. CONF. AND CASE MANAGMT. CONF.*
*SPALDING ET AL. V. CITY OF OAKLAND, CASE NO. C11-02867 TEH*
*1*

1  R. MICHAEL FLYNN SBN 258732
   Flynn Law Office
2  170 Columbus Street, Ste 300
   San Francisco, CA 94133
3  (415) 989-8000 x 24; fax (415) 989-8028
   rmflynnlaw@gmail.com
4
   MARA VERHEYDEN-HILLIARD, D.C. Bar No. 450031
5  CARL MESSINEO, D.C. Bar No. 450033
   PARTNERSHIP FOR CIVIL JUSTICE FUND
6  617 Florida Avenue, NW
   Washington, DC 20016
7  (202) 232-1180; fax (202) 747-7477
   mvh@justiceonline.org
8  Counsel appearing *Pro Hac Vice*

9  Attorneys for plaintiffs SPALDING ET AL.

    Plaintiffs respectfully request to continue the Settlement Conference, currently set for April 10, 2012, at 10:30 a.m., before the Honorable U.S. Magistrate Judge Beeler. Plaintiffs need additional discovery in order to fully evaluate the defense case, but cannot complete that prior to April 10 because the Oakland defendants' primary attorney is currently on vacation until April 9.  The parties do not oppose this request.

    The parties are in agreement on any of the following dates for settlement conference, starting at 9:30 or 10 a.m.:

    May 2, 16, 17, June 13, 14, 18, 19, 20, 2012.

    The parties also respectfully suggest that the court reschedule the further Case Management Conference, currently set for May 7, before the Honorable Thelton E. Henderson, for a date following the new Settlement Conference date.

Dated: April 3, 2012          Respectfully submitted,

                              /S/
                              Rachel Lederman
                              Attorney for plaintiffs Spalding et al.


*REQU. RESCHEDULE SETTL. CONF. AND CASE MANAGMT. CONF.*
*SPALDING ET AL. V. CITY OF OAKLAND, CASE NO. C11-02867 TEH*
2

Dated: April 5, 2012
The Settlement Conference is reset to June 13, 2012 at 9:30 a.m. The Settlement Conference Order issued on December 14, 2011, Docket No. 28 remains in affect.

APPROVED
Judge Laurel Beeler