GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #26753
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
COUNTY OF ALAMEDA and GREGORY AHERN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SPALDING, KATHARINE LONCKE, DANIELLE LOPEZ GREEN, ADRIAN DRUMMOND-COLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, COUNTY OF ALAMEDA, ANTHONY BATTS, HOWARD JORDAN, JEFF ISRAEL, ERIC BRESHEARS, EDWARD TRACEY, ANTHONY TORIBIO, DAVID DOWNING, ERSIE JOYNER, MIKE POIRIER, DARRIN ALLISON, GREGORY AHERN, individually and in their official capacities, and DOES 1-250, inclusive,<br><br>Defendants. | Case No.: C11-02867 TEH<br><br>**FURTHER REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE AND** ~~**PROPOSED**~~ **ORDER**<br><br>**Settlement Conference set for June 13, 2012, 9:30 a.m.**<br><br>**Case Management Conference set for July 9, 2012, 1:30 p.m.**<br><br>Complaint Filed:  June 13, 2011 |

On April 5, 2012, at the request of plaintiffs, with the agreement of the defendants, the Court reset the settlement conference in this matter from April 10, 2012 to June 13, 2012 at 9:30 a.m.  Subsequent to the issuance of said order, counsel for defendants COUNTY OF ALAMEDA and GREGORY AHERN realized that he had a personal matter involving numerous other people set for June 13, 2012, which he had failed to note on his business calendar.  Counsel for said defendants has confirmed with all counsel that they do not object to the Court further continuing

-1-

1  the settlement conference to **June 18, 2012 at 9:30 a.m.**, a date which counsel has confirmed with
2  the Court's Calendar Clerk, Ms. Lashanda Scott, is available on the Court's calendar.  Counsel
3  hereby respectfully requests that the settlement conference be continued to June 18, 2012 at 9:30
4  a.m.

5  DATED:   April 9, 2012

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation


By:  /s/ *Gregory J. Rockwell*
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendants
COUNTY OF ALAMEDA and
GREGORY AHERN

### ORDER

The settlement conference in this matter for June 13, 2012 is continued to June 18, 2012 at 9:30 a.m.   The Settlement Conference Order issued on December 14, 2011, Docket No. 28, remains in effect.

**IT IS SO ORDERED**

Dated:  April 10, 2012

_____
LAUREL BEELER
United States Magistrate Judge

-2-

FURTHER REQUEST TO CONTINUE SETTLEMENT CONFERENCE
*Spalding, et al. vs. City of Oakland, et al.;* USDC-Nor. Dist. of CA Case No. C11-02867 TEH

**PROOF OF SERVICE BY ELECTRONIC SERVICE**

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served the **FURTHER REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE AND PROPOSED ORDER** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

**Attorneys for Plaintiffs**
NATIONAL LAWYERS GUILD

Robert Michael Flynn, Esq.
Flynn Law Office
170 Columbus Ave, Ste 300
San Francisco, CA 94133
Tel:  (415) 989-8000
Fax:  (415) 989-8028 (fax)
E-mail:     rmflynnlaw@gmail.com

Rachel Lederman, Esq.
Law Offices of Rachel Lederman & Alexsis C. Beach
558 Capp Street
San Francisco, CA 94110
Tel:  (415) 282 9300
Fax:  (415) 285-5066
E-mail:     rlederman@2momslaw.com

Carol A. Sobel, Esq.
Law Office of Carol A. Sorbel
429 Santa Monica Blvd.
Santa Monica, CA 90401
Tel:  (310) 393-3055
Fax:  (310) 451-3858
E-mail:     carolsobel@aol.com

Bobbie Fay Stein, Esq.
503 Dolores Street, #201
San Francisco, CA 94110-1564
Tel:  (415) 255-0301
Fax:  (510) 601-5780
E-mail:     bstein8692@aol.com

Carl L Messineo, Esq.
Mara E Verheyden-Hilliard, Esq.
Partnership for Civil Justice Fund
617 Florida Avenue, NW
Washington, DC 20001
Tel: (202) 232-1180
E-mail:     cm@justiceonline.org
            mvh@justiceonline.org

-3-

FURTHER REQUEST TO CONTINUE SETTLEMENT CONFERENCE
*Spalding, et al. vs. City of Oakland, et al.;* USDC-Nor. Dist. of CA Case No. C11-02867 TEH

**Attorneys for Defendants CITY OF OAKLAND, ANTHONY BATTS, HOWARD JORDAN, JEFF ISRAEL, ERIC BRESHEARS, EDWARD TRACEY, ANTHONY TORIBIO, DAVID DOWNING, ERSIE JOYNER, MIKE POIRIER, DARRIN ALLISON**
Christopher Andrew Kee, Esq.
William Edmond Simmons, Esq.
Oakland City Attorney's Office
One Frank H. Ogawa Plaza, 6th Fl.
Oakland, CA 94612-1999
Tel:  (510) 238-7686
E-mail:     ckee@oaklandcityattorney.org
          wesimmons@oaklandcityattorney.org

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on April 9, 2012.

  /s/  *Candace Hankins*
       Candace Hankins

26753\576557

-4-

FURTHER REQUEST TO CONTINUE SETTLEMENT CONFERENCE
*Spalding, et al. vs. City of Oakland, et al.;* USDC-Nor. Dist. of CA Case No. C11-02867 TEH