IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL SPALDING, et al.,

                Plaintiffs,

          v.

CITY OF OAKLAND, et al.,

                Defendants.

NO. C11-2867 TEH

ORDER RE: CLASS NOTICE

      The Court has received the parties' joint proposal for dissemination of class notice. The proposed plan and form of class notice are APPROVED with the following modifications:

      1. Counsel shall ensure consistency of capitalization when referring to "Plaintiffs," "Defendants," etc.

      2. In section 2 on page 3 of the proposed class notice, "is" shall be removed from the sentence that begins, "It is also asserts. . . ."  Also, the last sentence shall refer to "attorneys' fees and costs," with an apostrophe.

      3. On page 6, the following shall be added to the penultimate paragraph of section 12: "This means that you may not be able to pursue your own lawsuit if you do not file it within a certain amount of time."

      IT IS FURTHER ORDERED that, on or before **May 21, 2012,** Plaintiffs' counsel shall file a declaration that class notice has been disseminated.

**IT IS SO ORDERED.**

Dated: 05/08/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT