1  BARBARA J. PARKER, City Attorney, SBN 069722
   RANDOLPH W. HALL, Chief Assistant City Atty., SBN 080142
2  WILLIAM E. SIMMONS, Supervising Trial Atty., SBN 121266
   CHRISTOPHER KEE, Deputy City Atty., SBN 157758
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Phone:  (510) 238-7686, Fax:  (510) 238-6500
   28452:945208
5
   Attorneys for Defendants
6  CITY OF OAKLAND, et al.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 | DANIEL SPALDING, KATHARINE LONCKE, DANIELLE LOPEZ GREEN, ADRIAN DRUMMOND-COLE, individually and on behalf of all others similarly situated, | Case No.  11CV-02867 TEH (LB)
13 |
14 |                                                                   | [PROPOSED] ORDER EXCUSING ASSISTANT CHIEF ANTHONY TORIBIO AND DEPUTY CHIEF ERIC BRESHEARS FROM ATTENDING SETTLEMENT CONFERENCE
15 | Plaintiffs,
16 | v.                                                                | Date:     June 18, 2012
17 | CITY OF OAKLAND, COUNTY OF ALAMEDA, et al.,                       | Time:     10:30 a.m.
                                                                        Courtroom: C – 15th Floor
18 | Defendants.                                                       | Complaint Filed: June 13, 2011
19

20     GOOD CAUSE appearing therefor, the request of defendant CITY OF OAKLAND that

21 Assistant Chief Anthony Toribio and Deputy Chief Eric Breshears be excused from attending

22 the settlement conference set for June 18, 2012 is hereby GRANTED.

23 **IT IS SO ORDERED**

24 DATED: May 21, 2012

25                                                        _____
                                                          LAUREL BEELER
26                                                        United States Magistrate Judge

[PROPOSED] ORDER EXCUSING ASSISTANT        -1-                              C11-02867 THE (LB)
CHIEF ANTHONY TORIBIO AND DEPUTY
CHIEF ERIC BRESHEARS FROM ATTENDING
SETTLEMENT CONFERENCE