GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #26753
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
COUNTY OF ALAMEDA and GREGORY AHERN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SPALDING, et al., | Case No.: C11-02867 TEH |
| Plaintiffs, | [~~PROPOSED~~] ORDER PERMITTING DEFENDANT GREGORY AHERN TO PARTICIPATE IN SETTLEMENT CONFERENCE VIA TELEPHONE |
| vs. | |
| CITY OF OAKLAND, COUNTY OF ALAMEDA, et al., | Date: ~~April 10,~~ June 18, 2012<br>Time: ~~10:30 a.m.~~ 9:30 a.m<br>Courtroom: C – 15th Floor |
| Defendants. | |
| | Complaint Filed: June 13, 2011 |

GOOD CAUSE appearing therefor, the request of defendant GREGORY AHERN, the Sheriff of defendant COUNTY OF ALAMEDA, for permission to participate in the settlement conference set for ~~April 10~~ June 18, 2012 is hereby GRANTED.  Said defendant shall be available to be contacted by phone throughout the entire period of time that the conference is in progress.  Representatives of the County's Risk Management Unit, contracted Claims Administrator and the Alameda County Sheriff's Office shall attend the settlement conference in person.

**IT IS SO ORDERED**

DATED: June 14, 2012

_____
LAUREL BEELER
United States Magistrate Judge

26753\574897

-1-

[~~PROPOSED~~] ORDER PERMITTING DEFENDANT TO PARTICIPATE BY TELEPHONE
*Spalding, et al. vs. City of Oakland, et al.;* USDC-Nor. Dist. of CA Case No. C11-02867 TEH