1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #26753
3  555 12th Street, Suite 1800
   Oakland, CA  94607
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendants
6  COUNTY OF ALAMEDA and GREGORY
   AHERN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SPALDING, KATHARINE LONCKE, DANIELLE LOPEZ GREEN, ADRIAN DRUMMOND-COLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, COUNTY OF ALAMEDA, ANTHONY BATTS, HOWARD JORDAN, JEFF ISRAEL, ERIC BRESHEARS, EDWARD TRACEY, ANTHONY TORIBIO, DAVID DOWNING, ERSIE JOYNER, MIKE POIRIER, DARRIN ALLISON, GREGORY AHERN, individually and in their official capacities, and DOES 1-250, inclusive,<br><br>Defendants. | Case No.:  C11-02867 TEH<br><br>**STIPULATION TO CONTINUE CASE MANANGEMENT CONFERENCE AND STAY DISCOVERY AND LITIGATION PENDING FURTHER SETTLEMENT CONFERENCE AND ~~PROPOSED~~ ORDER**<br><br>Date:  July 9, 2012<br>Time:  1:30 p.m.<br>Dept.:  Courtroom 12, 19th Floor<br>Judge:  Hon. Thelton Henderson<br><br>Complaint Filed:  June 13, 2011 |

The undersigned, the attorneys for the parties herein, hereby stipulate as follows:

That they have participated in good faith in two all day settlement conferences with Magistrate Judge Laurel Beeler on May 29 and July 3, 2012;

That Judge Beeler is encouraged that the parties have made progress toward reaching a resolution of this matter, and she feels that one or more further settlement conferences will likely result in a resolution;

-1-

That, pursuant to Judge Beeler's order of July 3, 2012, court document 67, the parties hereby stipulate to stay all discovery and litigation in this matter until after they have participated in a third settlement conference with Judge Beeler, which conference shall be scheduled for a mutually agreeable date between July 16, 2012 and September 15, 2012;

That they jointly request that the Court continue the case management conference currently set for **July 9, 2012** to **September 17, 2012** at **1:30 p.m.**, or such later date as the Court may choose.

DATED:   July 5, 2012

                BOORNAZIAN, JENSEN & GARTHE
                A Professional Corporation

                By:   /s/ *Gregory J. Rockwell*
                    GREGORY J. ROCKWELL, ESQ.
                      Attorneys for Defendants
                  COUNTY OF ALAMEDA and
                       GREGORY AHERN

DATED:   July 5, 2012

                BARBARA J. PARKER, CITY ATTORNEY,
                CITY OF OAKLAND

                By:   /s/ *William E. Simmons*
                    WILLIAM E. SIMMONS, ESQ.
                      Attorneys for Defendants
                    CITY OF OAKLAND, et al.

DATED:   July 5, 2012

                RACHEL LEDERMAN, ATTORNEY AT LAW

                By:   /s/ *Rachel Lederman*
                    RACHEL LEDERMAN, ESQ.
                    Attorneys for Plaintiffs

STIPULATION TO CONTINUE CASE MANANGEMENT CONFERENCE AND STAY DISCOVERY AND LITIGATION PENDING FURTHER SETTLEMENT CONFERENCE AND PROPOSED ORDER
*Spalding, et al. vs. City of Oakland, et al.;* USDC-Nor. Dist. of CA Case No. C11-02867 TEH

1 **ORDER**

2  GOOD CAUSE appearing therefor, and the parties having so stipulated, it is herby ordered
3 that the case management conference presently scheduled for July 9, 2012 at 1:30 p.m. is
4 continued to **September 17, 2012** at **1:30 p.m.**  The parties shall file a joint case management
5 conference statement on or before **September 10, 2012**, and they shall forthwith meet and confer
6 and select a mutually agreeable date for a further settlement conference with Magistrate Judge
7 Laurel Beeler prior to said case management conference.  It is further ordered that all discovery
8 and other litigation in this matter is stayed until after completion of said further settlement
9 conference.

10  **IT IS SO ORDERED.**

11  07/05/2012  _____



THELTON E. HENDERSON, UNITED STATES DISTRICT COURT

-3-

STIPULATION TO CONTINUE CASE MANANGEMENT CONFERENCE AND STAY DISCOVERY AND
LITIGATION PENDING FURTHER SETTLEMENT CONFERENCE AND PROPOSED ORDER
*Spalding, et al. vs. City of Oakland, et al.;* USDC-Nor. Dist. of CA Case No. C11-02867 TEH