UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DANIEL SPALDING, et al., | No. C 11-02867 TEH (LB) |
| Plaintiffs, | **ORDER** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendant(s). | |
| TIMOTHY SCOTT CAMPBELL, et al., | No. C 11-05498 RS (LB) |
| Plaintiff(s), | |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendant(s). | |

For the reasons discussed with counsel, the court continues both settlement conferences until December 19, 2012 at 9:30 a.m. This is a place holder date and the parties will confer on another date after the *Allen* hearing.

**IT IS SO ORDERED.**

Dated: November 8, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-02867 TEH (LB) and C 11-5498 RS (LB)