1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #26753
3  555 12th Street, Suite 1800
   Oakland, CA  94607
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendants
6  COUNTY OF ALAMEDA and GREGORY
   AHERN
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  DANIEL SPALDING, KATHARINE         )   Case No.:  C11-02867 TEH
    LONCKE, DANIELLE LOPEZ GREEN,      )
12  ADRIAN DRUMMOND-COLE, individually )   **FURTHER STIPULATION TO**
    and on behalf of all others similarly situated, )   **CONTINUE CASE MANANGEMENT**
13                                     )   **CONFERENCE AND STAY**
                                       )   **DISCOVERY AND LITIGATION**
14           Plaintiffs,               )   **PENDING FURTHER SETTLEMENT**
                                       )   **CONFERENCE AND ~~PROPOSED~~**
15  vs.                                )   **ORDER**
                                       )
16  CITY OF OAKLAND, COUNTY OF         )
    ALAMEDA, ANTHONY BATTS, HOWARD     )   Date:  November 19, 2012
17  JORDAN, JEFF ISRAEL, ERIC BRESHEARS,)  Time:  1:30 p.m.
    EDWARD TRACEY, ANTHONY TORIBIO,    )   Dept.:  Courtroom 12, 19th Floor
18  DAVID DOWNING, ERSIE JOYNER, MIKE  )   Judge:  Hon. Thelton Henderson
    POIRIER, DARRIN ALLISON, GREGORY   )
19  AHERN, individually and in their official )   IT IS SO ORDERED AS MODIFIED
    capacities, and DOES 1-250, inclusive, )
20                                     )   Complaint Filed:  June 13, 2011
             Defendants.               )
21  _____)

22        The undersigned, the attorneys for the parties herein, hereby stipulate as follows:

23        That they have participated in good faith in three all day settlement conferences with

24  Magistrate Judge Laurel Beeler on June 18, July 3 and September 26, 2012, as well as several

25  telephone conferences with Judge Beeler since September 26;

26        That Judge Beeler is encouraged that the parties have made progress toward reaching a

27  resolution of this matter, and she feels that one or more further settlement conferences will likely

28
                                         -1-

1    result in a resolution;

2          That, pursuant to Judge Beeler's order of July 3, 2012, court document 67, the parties

3    hereby stipulate to stay all discovery and litigation in this matter until after they have participated

4    in a fourth settlement conference with Judge Beeler on a date to be set;

5          That they jointly request that the Court continue the case management conference currently

6    set for **November 19, 2012** to **January 28, 2013** at **1:30 p.m.**, or such later date as the Court may

7    choose.

8
     DATED:   November 8, 2012
9
                                                    BOORNAZIAN, JENSEN & GARTHE
10                                                   A Professional Corporation

11

12                                                   By:  /s/ *Gregory J. Rockwell*
                                                         GREGORY J. ROCKWELL, ESQ.
13                                                       Attorneys for Defendants
                                                         COUNTY OF ALAMEDA and
14                                                       GREGORY AHERN

15   DATED:   November 8, 2012
                                                    BARBARA J. PARKER, CITY ATTORNEY,
16                                                   CITY OF OAKLAND

17

18                                                   By:  /s/ *William E. Simmons*
                                                         WILLIAM E. SIMMONS, ESQ.
19                                                       Attorneys for Defendants
                                                         CITY OF OAKLAND, et al.
20
     DATED:   November 8, 2012
21                                                   RACHEL LEDERMAN, ATTORNEY AT LAW

22

23                                                   By:  /s/ *Rachel Lederman*
                                                         RACHEL LEDERMAN, ESQ.
24                                                       Attorneys for Plaintiffs

25

26

27

28
                                                    -2-
     FURTHER STIPULATION TO CONTINUE CASE MANANGEMENT CONFERENCE AND STAY DISCOVERY
     AND LITIGATION PENDING FURTHER SETTLEMENT CONFERENCE AND PROPOSED ORDER
     *Spalding, et al. vs. City of Oakland, et al.*; USDC-Nor. Dist. of CA Case No. C11-02867 TEH

1

**ORDER**

GOOD CAUSE appearing therefor, and the parties having so stipulated, it is herby ordered that the case management conference presently scheduled for November 19, 2012 at 1:30 p.m. is continued to **February 4, 2013** at **1:30 p.m.**   The parties shall file a joint case management conference statement on or before **January 28, 2013.**  It is further ordered that all discovery and other litigation in this matter shall remain stayed until after completion of a fourth settlement conference.

**IT IS SO ORDERED.**

11/13/2012



IT IS SO ORDERED
AS MODIFIED

Judge Thelton E. Henderson

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FURTHER STIPULATION TO CONTINUE CASE MANANGEMENT CONFERENCE AND STAY DISCOVERY
AND LITIGATION PENDING FURTHER SETTLEMENT CONFERENCE AND PROPOSED ORDER
*Spalding, et al. vs. City of Oakland, et al.;* USDC-Nor. Dist. of CA Case No. C11-02867 TEH