1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #26753
3  555 12th Street, Suite 1800
   Oakland, CA  94607
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendants
6  COUNTY OF ALAMEDA and GREGORY
   AHERN
7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | DANIEL SPALDING, KATHARINE           ) Case No.: C11-02867 TEH
   | LONCKE, DANIELLE LOPEZ GREEN,        )
12 | ADRIAN DRUMMOND-COLE, individually   ) **FURTHER STIPULATION TO**
   | and on behalf of all others similarly situated, ) **CONTINUE CASE MANANGEMENT**
13 |                                      ) **CONFERENCE AND STAY DISCOVERY**
   |         Plaintiffs,                  ) **AND LITIGATION PENDING**
14 |                                      ) **FINALIZATION OF TENTATIVE**
   | vs.                                  ) **SETTLEMENT AND** ~~PROPOSED~~
15 |                                      ) **ORDER**
   | CITY OF OAKLAND, COUNTY OF           )
16 | ALAMEDA, ANTHONY BATTS, HOWARD       ) Date: February 4, 2012
   | JORDAN, JEFF ISRAEL, ERIC BRESHEARS, ) Time: 1:30 p.m.
17 | EDWARD TRACEY, ANTHONY TORIBIO,      ) Dept.: Courtroom 12, 19th Floor
   | DAVID DOWNING, ERSIE JOYNER, MIKE    ) Judge: Hon. Thelton Henderson
18 | POIRIER, DARRIN ALLISON, GREGORY     )
   | AHERN, individually and in their official )
19 | capacities, and DOES 1-250, inclusive, )
   |                                      ) Complaint Filed:  June 13, 2011
20 |         Defendants.                  )
   |                                      )
21

22       The undersigned, the attorneys for the parties herein, hereby stipulate as follows:

23       That they have participated in good faith in FOUR all day settlement conferences with

24 Magistrate Judge Laurel Beeler on June 18, July 3, and September 26, 2012 and January 25, 2013,

25 as well as several telephone conferences with Judge Beeler since September 26;

26       That on the afternoon of January 25, 2013, the parties reached a tentative agreement on the

27 amount of plaintiffs' monetary claims;

28
-1-

1  That the agreement reached is contingent upon the approval of the Oakland City Council
2  and the Alameda County Board of Supervisors, and it is also contingent upon the parties reaching
3  agreement on the plaintiffs' injunctive relief claims;

4  That, in order to give the parties time to finalize the settlement, they jointly request that the
5  Court continue the case management conference currently set for **February 4, 2013** to **April 8,**
6  **2013** at **1:30 p.m.**, or such later date as the Court may choose.   Magistrate Judge Laurel Beeler
7  has set a telephonic further settlement conference for February 21, 2013 at 11:30 a.m.

DATED:   January 29, 2013

        BOORNAZIAN, JENSEN & GARTHE
        A Professional Corporation

        By:  /s/ *Gregory J. Rockwell*
        GREGORY J. ROCKWELL, ESQ.
        Attorneys for Defendants
        COUNTY OF ALAMEDA and
        GREGORY AHERN

DATED:   January 29, 2013

        BARBARA J. PARKER, CITY ATTORNEY,
        CITY OF OAKLAND

        By:  /s/ *William E. Simmons*
        WILLIAM E. SIMMONS, ESQ.
        Attorneys for Defendants
        CITY OF OAKLAND, et al.

DATED:   January 29, 2013

        RACHEL LEDERMAN, ATTORNEY AT LAW

        By:  /s/ *Rachel Lederman*
        RACHEL LEDERMAN, ESQ.
        Attorneys for Plaintiffs

**ORDER**

GOOD CAUSE appearing therefor, and the parties having so stipulated, it is ~~hereby~~ hereby ordered that the case management conference presently scheduled for February 4, 2013 at 1:30 p.m. is continued to April 8, 2013 at 1:30 p.m. The parties shall file a joint case management conference statement on or before April 1, 2013. It is further ordered that all discovery and other litigation in this matter shall remain stayed until after April 8, 2013.

**IT IS SO ORDERED.**

01/29/2013



Judge Thelton E. Henderson

-3-

FURTHER STIPULATION TO CONTINUE CASE MANANGEMENT CONFERENCE AND STAY DISCOVERY AND LITIGATION PENDING FINALIZATION OF TENTATIVE SETTLEMENT AND PROPOSED ORDER
*Spalding, et al. vs. City of Oakland, et al.;* USDC-Nor. Dist. of CA Case No. C11-02867 TEH