GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #26753
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants
COUNTY OF ALAMEDA and GREGORY AHERN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SPALDING, KATHARINE LONCKE, DANIELLE LOPEZ GREEN, ADRIAN DRUMMOND-COLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, COUNTY OF ALAMEDA, ANTHONY BATTS, HOWARD JORDAN, JEFF ISRAEL, ERIC BRESHEARS, EDWARD TRACEY, ANTHONY TORIBIO, DAVID DOWNING, ERSIE JOYNER, MIKE POIRIER, DARRIN ALLISON, GREGORY AHERN, individually and in their official capacities, and DOES 1-250, inclusive,<br><br>Defendants. | Case No.: C11-02867 TEH<br><br>**FURTHER STIPULATION TO CONTINUE CASE MANANGEMENT CONFERENCE AND STAY DISCOVERY AND LITIGATION PENDING FINALIZATION OF TENTATIVE SETTLEMENT AND ~~PROPOSED~~ ORDER**<br><br>Date: April 8, 2013<br>Time: 1:30 p.m.<br>Dept.: Courtroom 12, 19th Floor<br>Judge: Hon. Thelton Henderson<br><br>Complaint Filed: June 13, 2011 |

The undersigned, the attorneys for the parties herein, hereby stipulate as follows:

That they have participated in good faith in four all day settlement conferences with Magistrate Judge Laurel Beeler on June 18, July 3, and September 26, 2012 and January 25, 2013, one two hour settlement conference with Judge Beeler on March 22, 2013, as well as several telephone conferences with Judge Beeler;

That on the afternoon of January 25, 2013, the parties reached a tentative agreement on the

-1-

1  amount of plaintiffs' monetary claims;

2  That the monetary terms of the agreement have been approved by the Oakland City
3  Council and the Alameda County Board of Supervisors, but the agreement is also contingent upon
4  the parties reaching agreement on the plaintiffs' injunctive relief claims;

5  That, in order to give the parties time to further negotiate settlement, they jointly request
6  that the Court continue the case management conference currently set for **April 8, 2013** to **May
7  13, 2013** at **1:30 p.m.**, or such later date as the Court may choose.   Magistrate Judge Laurel Beeler
8  has set a further settlement conference for April 4, 2013 at 1:30 p.m.

9  DATED:   March 28, 2013

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation


By:  /s/ *Gregory J. Rockwell*
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendants
COUNTY OF ALAMEDA and
GREGORY AHERN

DATED:   March 28, 2013

BARBARA J. PARKER, CITY ATTORNEY,
CITY OF OAKLAND


By:  /s/ *William E. Simmons*
WILLIAM E. SIMMONS, ESQ.
Attorneys for Defendants
CITY OF OAKLAND, et al.

DATED:   March 28, 2013

RACHEL LEDERMAN, ATTORNEY AT LAW


By:  /s/ *Rachel Lederman*
RACHEL LEDERMAN, ESQ.
Attorneys for Plaintiffs

-2-

FURTHER STIPULATION TO CONTINUE CASE MANANGEMENT CONFERENCE AND STAY DISCOVERY
AND LITIGATION PENDING FINALIZATION OF TENTATIVE SETTLEMENT AND PROPOSED ORDER
*Spalding, et al. vs. City of Oakland, et al.;* USDC-Nor. Dist. of CA Case No. C11-02867 TEH

**ORDER**

GOOD CAUSE appearing therefor, and the parties having so stipulated, it is herby ordered that the case management conference presently scheduled for April 8, 2013 at 1:30 p.m. is continued to May 13, 2013 at 1:30 p.m. The parties shall file a joint case management conference statement on or before May 6, 2013. It is further ordered that all discovery and other litigation in this matter shall remain stayed until after May 13, 2013.

**IT IS SO ORDERED.**



-3-

FURTHER STIPULATION TO CONTINUE CASE MANANGEMENT CONFERENCE AND STAY DISCOVERY AND LITIGATION PENDING FINALIZATION OF TENTATIVE SETTLEMENT AND PROPOSED ORDER
*Spalding, et al. vs. City of Oakland, et al.;* USDC-Nor. Dist. of CA Case No. C11-02867 TEH