1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #26753
3  555 12th Street, Suite 1800
   Oakland, CA  94607
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendants
6  COUNTY OF ALAMEDA and GREGORY AHERN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SPALDING, KATHARINE LONCKE, DANIELLE LOPEZ GREEN, ADRIAN DRUMMOND-COLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, COUNTY OF ALAMEDA, ANTHONY BATTS, HOWARD JORDAN, JEFF ISRAEL, ERIC BRESHEARS, EDWARD TRACEY, ANTHONY TORIBIO, DAVID DOWNING, ERSIE JOYNER, MIKE POIRIER, DARRIN ALLISON, GREGORY AHERN, individually and in their official capacities, and DOES 1-250, inclusive,<br><br>Defendants. | Case No.:  C11-02867 TEH<br><br>**STIPULATION AND ORDER TO VACATE CASE MANAGEMENT CONFERENCE, SET HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FURTHER STAY DISCOVERY AND LITIGATION PENDING HEARING ON MOTION**<br><br>**Date:  May 13, 2013**<br>**Time:  1:30 p.m.**<br>**Dept.:  Courtroom 12, 19th Floor**<br>**Judge:  Hon. Thelton Henderson**<br><br>IT IS SO ORDERED AS MODIFIED<br><br>Complaint Filed:  June 13, 2011 |

The undersigned, the attorneys for the parties herein, hereby stipulate as follows:

That they have participated in good faith in four all day settlement conferences with Magistrate Judge Laurel Beeler on June 18, July 3, and September 26, 2012 and January 25, 2013, two two hour settlement conferences with Judge Beeler on March 22 and April 4, 2013, as well as several telephone conferences with Judge Beeler, and they are currently set for a further phone conference with Judge Beeler on May 28, 2013.

-1-

**STIPULATION AND ORDER TO VACATE CASE MANAGEMENT CONFERENCE, SET HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FURTHER DISCOVERY STAY**
*Spalding, et al. vs. City of Oakland, et al.;* USDC-Nor. Dist. of CA Case No. C11-02867 TEH

1  That on the afternoon of January 25, 2013, the parties reached a tentative agreement on the amount of plaintiffs' monetary claims;

That the monetary terms of the agreement have been approved by the Oakland City Council and the Alameda County Board of Supervisors, but the agreement is also contingent upon the parties reaching agreement on the plaintiffs' injunctive relief claims;

That the parties have made substantial progress in their efforts to reach a compromise agreement on plaintiffs' request for injunctive relief, and they believe that the case management conference currently set for **May 13, 2013** at **1:30 p.m.** will be unnecessary;

That the parties jointly request that the Court vacate the case management conference set **May 13, 2013** at **1:30 p.m.**, and set a hearing date on a joint motion for preliminary approval of the class action settlement on **June 10, 2013 at 1:30 p.m.**, with said motion to be filed and served on or before **May 22, 2013**.

DATED: May 8, 2013

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ *Gregory J. Rockwell*
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendants
COUNTY OF ALAMEDA and
GREGORY AHERN

DATED: May 8, 2013

BARBARA J. PARKER, CITY ATTORNEY,
CITY OF OAKLAND

By: /s/ *William E. Simmons*
WILLIAM E. SIMMONS, ESQ.
Attorneys for Defendants
CITY OF OAKLAND, et al.

DATED: May 8, 2013

RACHEL LEDERMAN, ATTORNEY AT LAW

By: /s/ *Rachel Lederman*
RACHEL LEDERMAN, ESQ.
Attorneys for Plaintiffs

-2-

**STIPULATION AND ORDER TO VACATE CASE MANAGEMENT CONFERENCE, SET HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FURTHER DISCOVERY STAY**
*Spalding, et al. vs. City of Oakland, et al.;* USDC-Nor. Dist. of CA Case No. C11-02867 TEH

**ORDER**

GOOD CAUSE appearing therefor, and the parties having so stipulated, it is hereby ordered that the hearing on a motion for preliminary approval of the class action settlement is set for **July 1, 2013, at 10:00 AM.** The motion for preliminary approval of the settlement shall be filed and served on or before **May 22, 2013.** It is further ordered that all discovery and other litigation in this matter shall remain stayed until after July 1, 2013.

Dated: 05/13/2013



IT IS SO ORDERED.

IT IS SO ORDERED AS MODIFIED

Judge Thelton E. Henderson

-3-

**STIPULATION AND ORDER TO VACATE CASE MANAGEMENT CONFERENCE, SET HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FURTHER DISCOVERY STAY**
*Spalding, et al. vs. City of Oakland, et al.;* USDC-Nor. Dist. of CA Case No. C11-02867 TEH