IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL SPALDING, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND, et al.,

    Defendants.

NO. C11-2867 TEH

ORDER OF EXONERATION AND FOR SEALING AND DESTRUCTION OF ARREST RECORDS

Pursuant to the stipulation of the City of Oakland and former Chief of Police Howard Jordan on behalf of the arresting agency, the Oakland Police Department, this Court hereby exonerates and finds each of the persons listed below factually innocent of all charges for which they were arrested by the Oakland Police Department on November 5, 2010.

Having found the below-listed persons to be factually innocent of the charges for which the arrests were made, this Court orders Defendants, the California Department of Justice, and any other law enforcement agency that participated in the arrest of the below-listed individuals on November 5, 2010, to seal all records of their arrest on November 5, 2010, and to destroy said records. Cal. Penal Code § 851.8(b).

The destruction of arrest records pursuant to this Court's order

> shall be accomplished by permanent obliteration of all entries or notations upon the records pertaining to the arrest, and the record shall be prepared again so that it appears that the arrest never occurred. However, where (1) the only entries on the record pertain to the arrest and (2) the record can be destroyed without necessarily affecting the destruction of other records, the document constituting the record shall be physically destroyed.

Cal. Penal Code § 851.8(j).

The arrests of the below-listed persons on November 5, 2010, are "deemed not to have occurred," and, pursuant to this Court's order, the below-listed persons "may answer accordingly any question relating to its occurrence." Cal. Penal Code § 851.8(f).

1  Defendants are ordered to provide a copy of this order to the California Department of
2  Justice, along with the names of the individuals specified below, and to advise said agency of
3  the fact that the records of their arrests have been rendered obsolete on the basis of a finding
4  of factual innocence pursuant to California Penal Code section 851.8.

PERSONS WHO ARE FOUND FACTUALLY INNOCENT AND EXONERATED:

| | | |
|---|---|---|
| Ahkile, Jubrieel | Dankman, Aaron | Jethmal, Jared |
| Ahmadi, Jason | Day, John Ron | Johnson, Mark Anthony |
| Airgood, Mark | Dodsworth, Colin Rhys | Jones, Jamari (aka Jones, Jamal Rashad) |
| Alcaraz, Vanessa (aka Mejia, Serafina Elisa; aka Alvarez, Vanessa) | Donohue, Ryan Patrick | |
| | Dphrepailezz, Imad Khalil Ali | Jones, Tobin Forrest Logan |
| | | Keating, Claire |
| Allen, Stefan (aka Allen, Stephen) | Drummond-Cole, Adrian | Kelly, Joevonte |
| | Edwards, Marcus Lamar | Killings, Timothy |
| Anderson, Joseph | Ethridge, Jessica Diane | Killip, Shaw |
| Andres, Megan | Felarca, Yvonne (aka Felarca, Yvette) | Kniveton, Summer Marie |
| Armas, Javier | | Kriso, Carolyn |
| Aviles, Eric | Finneburgh, Jay | Lacy, Claire |
| Bahmani, Bijan | Finneran, Stephanie | Latham, William Owen |
| Banks, Ronzell | Flaherty, Calvin | LeFlore-Williamson, Lisa (aka Williams, Lisa) |
| Behrens, Chloe | Fleder, Jackson | |
| Benson, Christina Renee | Flores, Cassandra | Levenson, Zachary |
| Bereznay, Jason | Frausto, Xochil | Levin, Robert |
| Berman, Elena | Garcia, Eric Joseph | Loncke, Katherine |
| Borchers, Jared Roy | Garcia, Martin Gilberto | Long, Brandon |
| Bradshaw, Alan Christopher | Gomez, Anastasia C. | Luft, Diane |
| Burks, Anthony | Gora, Fungai | Marks, Matthew Richard |
| Byrne, Rachel | Green, Danielle Lopez | Marsh, Alex |
| Carter, David Alexander | Greenwald, Logan Parlette | Maruschke, Robert |
| Chavez, Orlando David | Heaney, Jessica Susan | McKusick, Collin |
| Chou, David | Herrera, Claudio | Mead, Francis |
| Cochran, Calvin | Hoang, Ly Vu | Meija, Adrianna (aka Mejia, Adriana Obelia) |
| Colgan, Aislyn Cleveland | Howe, Melissa Christine | |
| Collins, Jamar | Hudelson, Zachary | Mendez, Victor |
| Cranston, Joshua Michael | Jackson, Kristina | Merin, Melissa |

| | | |
|---|---|---|
| Montenegro, Jose | Rauf, Kaumi (aka Rauf, Kweku Kumi; aka Rauf, Kweku) | Sloan, Javone Yaeko |
| Montgomery, Tyre | | Smith, Cara Leigh |
| Montgomery, Zuri Mandisa | | Solheim, Kasper |
| Mulholland, Liana | Reed, Robert | Spalding, Daniel |
| Northington, Lakeisha (aka Northington, Lakeshia) | Richard, Kanica | Stoker, Samuel Bryan |
| | Robinson, Rachel Mary | Sturgis, Ryan Jeffrey |
| Obomsawin, Celeste | Rodrigez, Micaela | Taylor, Phillicia |
| Obrian, Mackenzie (aka O'Brien, Mackenzie) | Roellig, Lisa | Tracy, Evan |
| | Rohrbach, Kimberly | Valiavicharska, Zhivka |
| Ocasio, Heriberto | Rosen, Benjamin | Vierlinck, Emily (aka Vieninck, Emily Elizabeth) |
| Palmquist, Nicholas | Samaan, Conrad | |
| Parnis, Casey | Sandin, Andrew Erik | |
| Perlera, Jose | Sandoval, Omar (aka Goode, Omar David Sandoval) | Vo, Cuc T. |
| Peterson, Samantha (aka Patterson-Franklin, Samantha) | | Wallace, Julianne Megan |
| | Saunders, Allen D. | Warren, Justin C. |
| | Schmid-Larrama, Christa S. | Waters Jr, Mark Anthony |
| Prichett, Andrea | Senegal, Cleana | Wells, Christopher David |
| Pruyne III, Harry Leonard (aka Preyne, Harry) | Shane, Michael Joseph | Welsh, David Prentice |
| | Shaw, Jabari | Yamada, Keshi |
| Ramos Jr., Enrique Santiago | Shifferaw, Abel | Zaragoza, Daniel |
| | Silverstein, Emily (aka Silverstein, Wes) | Zelko, Laura |

**IT IS SO ORDERED.**

Dated: 09/09/13

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

3